No. 98–10.  JEFFERSON COUNTY, ALABAMA v. ACKER, SENIOR JUDGE, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA, ET AL.  C. A. 11th Cir.  [Certiorari granted, *ante*, p. 1039.]  Motion of the Solicitor General for leave to participate

in oral argument as *amicus curiae* and for divided argument granted.